RACHAEL A. HONIG
Acting United States Attorney
JOHN STINSON
Assistant U.S. Attorney
402 East State Street
Trenton, NJ 08608
Tel. (609) 858-0305
Email: John.Stinson@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PETER GOODCHILD et al., | HON. RENÉE MARIE BUMB, U.S.D.J |
| *Petitioner*, | |
| v. | Civil Action No. 21-790 (RMB) |
| DAVID E. ORTIZ, | **NOTICE OF APPEARANCE** |
| *Respondent*. | |

To:   William T. Walsh
      Clerk of the Court

     Please enter my appearance in the above matter on behalf of respondent, David Ortiz, the Warden of FCI Fort Dix.

                                  RACHAEL A. HONIG
                                  Acting United States Attorney


                     By:   / s / *John Stinson*
                            JOHN STINSON
                            Assistant U.S. Attorney

Dated:  February 5, 2021

## **CERTIFICATE OF SERVICE**

I, John Stinson, hereby certify that on February 5, 2021, I caused a true copy of the foregoing Entry of Appearance to be served upon the following Petitioners by First Class U.S. Mail:

| Peter Goodchild<br>Reg. No. 76304-066 | Eliezer Soto-Concepcion<br>Reg. No. 72850-067 |
|---|---|
| Joan Abreu-Feliz<br>Reg. No. 72036-066 | Michael Winans, Jr.<br>Reg. No. 47697-038 |

These service copies were sent by U.S. Mail, postage pre-paid to each Petitioner at FCI Fort Dix, P.O. Box 2000, Joint Base MDL, NJ 08640.

*s/ John Stinson*
John Stinson