UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

PETER GOODCHILD, ELIEZER SOTO,
CONCEPCION, JOAN ABREU-FELIZ ,
and MICHAEL WINANS;

      Petitioners,

    v.

DAVID E. ORTIZ,

      Respondent.

Civil Action No. 21-790(RMB)

## DECLARATION OF CORRIE DOBOVICH

I, CORRIE DOBOVICH, do hereby declare and state as follows:

1.    I am a Legal Assistant with the Federal Bureau of Prisons, Federal Correctional Institution ("FCI"), Fort Dix, New Jersey. I have been employed with the Federal Bureau of Prisons since November 2015. As part of my official duties, I have access to Bureau of Prisons files maintained in the ordinary course of business on inmates incarcerated within the Federal Bureau of Prisons. I make this Declaration in connection with the Bureau's response to the Petition filed by Peter Goodchild, Reg. No. 76304-066; Eliezer Soto-Concepcion, Reg. No. 72850-067; Joan Abreu-Feliz, Reg. No. 72306-066; and Michael Winans, Reg. No. 47697-039.

2.    I am aware the Petitioners are challenging the institution's actions with respect to the COVID-19 pandemic at the Federal Prison Camp and seek release from confinement.

3.    The Bureau of Prisons has established an administrative remedy procedure through which an inmate can seek formal review of any complaint regarding any aspect of his imprisonment. See 28 C.F.R. § 542 et seq. In order to exhaust administrative remedies, an inmate must first present his complaint to the Warden of the institution where he is confined. He may then further appeal an adverse decision to the Regional Director within 20 calendar days of the date the Warden signed the response. An inmate who is not satisfied with the Regional Director's response may submit an appeal to the Central Office, General Counsel, within 30 calendar days of the date the Regional Director signed the response. No administrative remedy appeal is considered to have been finally exhausted until it has been denied by the Bureau of Prisons' Central Office.

4.    In the ordinary course of business, computerized indexes of all administrative appeals filed by inmates are maintained so that rapid verification may be made as to whether an inmate has exhausted administrative appeals on a particular

2

issue. On or about January 29, 2021, I accessed the computerized indexes of all administrative remedies filed by the four Petitioners.

5. Records reveal three of the Petitioners (Goodchild, Abreu-Feliz and Soto-Concepcion) have never filed an Administrative Remedy while incarcerated with the BOP. See **Exhibits 1-3**.

6. Inmate Winans Reg. No. 47697-039, filed a request for Home Confinement under the CARES Act with the Warden in August 2020. See **Exhibit 4**. The Remedy was rejected for improperly filing with too many continuation pages. Instead of re-filing at the institution, Winans filed with the Regional Director on two occasions and both were rejected. Id. He never properly filed.

7. Attached hereto, please find true and correct copies of the following documents:

> **Attachment 1** – Administrative Remedy Generalized Retrieval and Public Information, Inmate Goodchild, Reg. No. 76304-066;
>
> **Attachment 2** – Administrative Remedy Generalized Retrieval and Public Information, Inmate Abreu-Feliz, Reg. No. 72036-066;

3

**Attachment 3** – Administrative Remedy Generalized Retrieval and Public Information, Inmate Soto-Condepcion Reg. No. 72850-067;

**Attachment 4** – Administrative Remedy Generalized Retrieval and Public Information, Remedy 1041595, Inmate Winans Reg. No. 47697-039.

I declare that any and all records attached to this declaration are true and accurate copies maintained in the ordinary course of business by the Federal Bureau of Prisons. I further declare that the foregoing is true and correct to the best of my knowledge and belief, and is given under penalty of perjury pursuant to 28 U.S.C. § 1746.


Corrie Dobovich
Legal Assistant
FCI Fort Dix

02/02/2021
Date

4

EXHIBIT 1

```
PR15 - Internet Explorer                                                    —  □  ×
PAGE 001 OF 001                                        10:43:37
           FUNCTION: [LST] SCOPE: [REG]  EQ [76304-066]  OUTPUT FORMAT: [FULL    ]
        ------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM [          ] THRU [          ]  DT STS: FROM [          ] THRU [          ]
DT STS: FROM [    ] TO [    ] DAYS BEFORE "OR" FROM [    ] TO [    ] DAYS AFTER DT [RDU]
DT TDU: FROM [    ] TO [    ] DAYS BEFORE "OR" FROM [    ] TO [    ] DAYS AFTER DT [TRT]
STS/REAS: [   ][   ][   ][   ][   ][   ][   ][   ][   ][   ]
SUBJECTS: [   ][   ][   ][   ][   ][   ][   ][   ][   ][   ]
EXTENDED: [ ] REMEDY LEVEL: [ ][ ]         RECEIPT: [ ][ ][ ] "OR" EXTENSION: [ ][ ][ ]
RCV  OFC : EQ [    ]       [       ]       [       ]       [       ]       [       ]
TRACK:  DEPT: [       ]    [       ]       [       ]       [       ]       [       ]
        PERSON: [   ]      [   ]          [   ]            [   ]            [   ]
          TYPE: [   ]
EVNT FACL: EQ [   ]        [   ]          [   ]            [   ]            [   ]
RCV FACL.: EQ [   ]        [   ]          [   ]            [   ]            [   ]
RCV UN/LC: EQ [      ]     [      ]       [      ]         [      ]         [      ]
RCV QTR..: EQ [      ]     [      ]       [      ]         [      ]         [      ]
ORIG FACL: EQ [   ]        [   ]          [   ]            [   ]            [   ]
ORG UN/LC: EQ [      ]     [      ]       [      ]         [      ]         [      ]
ORIG QTR.: EQ [      ]     [      ]       [      ]         [      ]         [      ]
                                                              150%
```

```
 FTDUG              *       PUBLIC INFORMATION        *      01-19-2021
PAGE 001            *             INMATE DATA         *      09:09:07
                            AS OF 01-19-2021


REGNO..: 76304-066 NAME: GOODCHILD, PETER


                   RESP OF: FTD
                   PHONE..: 609-723-1100   FAX: 609-724-7557
                                           RACE/SEX...: WHITE / MALE
                                           AGE:  58
PROJ REL MT: GOOD CONDUCT TIME RELEASE     PAR ELIG DT: N/A
PROJ REL DT: 03-27-2027                    PAR HEAR DT:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
FTDUG            *         PUBLIC INFORMATION        *      01-19-2021
PAGE 002         *            INMATE DATA            *      09:09:07
                          AS OF 01-19-2021


REGNO..: 76304-066 NAME: GOODCHILD, PETER


                   RESP OF: FTD
                   PHONE..: 609-723-1100   FAX: 609-724-7557
HOME DETENTION ELIGIBILITY DATE: 09-27-2026


THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  03-27-2027 VIA GCT REL


---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: PENNSYLVANIA, EASTERN DISTRICT
DOCKET NUMBER...................: DPAE2:17CR00549-001
JUDGE...........................: MCHUGH
DATE SENTENCED/PROBATION IMPOSED: 10-16-2019
DATE COMMITTED..................: 12-30-2019
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO


               FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $6,500.00     $00.00          $00.00       $00.00

RESTITUTION...: PROPERTY: NO  SERVICES: NO        AMOUNT: $1,589,315.00

-----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 548     18:1956 RACKETEERING
OFF/CHG: 18:1343 WIRE FRAUD CT.1-48;18:1956(A)(1)(B)(I) MONEY
         LAUNDERING CT.49-58;26:7206(1)FILING FALSE TAX RETURN CT.60-65

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   78 MONTHS
 TERM OF SUPERVISION............:    1 YEARS
 DATE OF OFFENSE................: 03-31-2015

-----------------------CURRENT OBLIGATION NO: 020 --------------------------
OFFENSE CODE....: 160     18:1028 FRAUD IDENTITY THEFT
OFF/CHG: 18:1028A(A)(1),(C)(5) AGGRAVATED IDENTITY THEFT CT.59

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   24 MONTHS
 TERM OF SUPERVISION............:    1 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: C/S TO OBLG 010
 DATE OF OFFENSE................: 03-31-2015




G0002      MORE PAGES TO FOLLOW . . .
```

```
  FTDUG            *          PUBLIC INFORMATION          *       01-19-2021
PAGE 003           *             INMATE DATA              *       09:09:07
                              AS OF 01-19-2021


REGNO..: 76304-066 NAME: GOODCHILD, PETER

                    RESP OF: FTD
                    PHONE..: 609-723-1100    FAX: 609-724-7557


------------------------CURRENT COMPUTATION NO: 010 -------------------------


COMPUTATION 010 WAS LAST UPDATED ON 12-31-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 02-18-2020 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020

DATE COMPUTATION BEGAN..........: 12-30-2019
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............: 102 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    8 YEARS       6 MONTHS
AGGREGATED TERM OF SUPERVISION..:    1 YEARS
EARLIEST DATE OF OFFENSE........: 03-31-2015


JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                    10-19-2017    10-19-2017


TOTAL PRIOR CREDIT TIME.........: 1
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 459
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 03-27-2027
ELDERLY OFFENDER TWO THIRDS DATE: 08-29-2025
EXPIRATION FULL TERM DATE.......: 06-28-2028
TIME SERVED.....................:    1 YEARS      22 DAYS
PERCENTAGE OF FULL TERM SERVED..: 12.4
PERCENT OF STATUTORY TERM SERVED: 14.6
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
 FTDUG              *       PUBLIC INFORMATION          *      01-19-2021
PAGE 004 OF 004 *                  INMATE DATA          *      09:09:07
                            AS OF 01-19-2021


REGNO..: 76304-066 NAME: GOODCHILD, PETER


                        RESP OF: FTD
                        PHONE..: 609-723-1100    FAX: 609-724-7557


PROJECTED SATISFACTION DATE.....: 03-27-2027
PROJECTED SATISFACTION METHOD...: GCT REL
```


```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

EXHIBIT 2

```
PR15 - Internet Explorer                                                    —  □  ×

    FTDUG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-29-2021
  PAGE 001 OF 001                                                     10:50:06
       FUNCTION: 1ST  SCOPE: REG  EQ 72036-066   OUTPUT FORMAT:  FULL
  -------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
  DT RCV: FROM          THRU           DT STS: FROM         THRU
  DT STS: FROM      TO     DAYS BEFORE "OR" FROM      TO     DAYS AFTER DT RDU
  DT TDU: FROM      TO     DAYS BEFORE "OR" FROM      TO     DAYS AFTER DT TRT
  STS/REAS:
  SUBJECTS:
  EXTENDED:     REMEDY LEVEL:             RECEIPT:       "OR" EXTENSION:
  RCV  OFC : EQ
  TRACK:  DEPT:
         PERSON:
           TYPE:
  EVNT FACL: EQ
  RCV FACL.: EQ
  RCV UN/LC: EQ
  RCV QTR..: EQ
  ORIG FACL: EQ
  ORIG UN/LC: EQ
  ORIG QTR.: EQ

                                                              🔍 150%
```

```
 FTDUG            *         PUBLIC INFORMATION        *      01-19-2021
PAGE 001          *             INMATE DATA            *      09:12:32
                            AS OF 01-19-2021


REGNO..: 72036-066 NAME: ABREU-FELIZ, JOAN


                        RESP OF: FTD
                        PHONE..: 609-723-1100    FAX: 609-724-7557
                                                 RACE/SEX...: WHITE / MALE
                                                 AGE:  38
PROJ REL MT: GOOD CONDUCT TIME RELEASE           PAR ELIG DT: N/A
PROJ REL DT: 09-30-2023                          PAR HEAR DT:




G0002      MORE PAGES TO FOLLOW . . .
```

```
FTDUG              *        PUBLIC INFORMATION          *      01-19-2021
PAGE 002           *           INMATE DATA             *      09:12:32
                              AS OF 01-19-2021


REGNO..: 72036-066 NAME: ABREU-FELIZ, JOAN

                    RESP OF: FTD
                    PHONE..: 609-723-1100   FAX: 609-724-7557
HOME DETENTION ELIGIBILITY DATE: 03-30-2023


THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  09-30-2023 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: PENNSYLVANIA, EASTERN DISTRICT
DOCKET NUMBER...................: DPAE5:15CR000211-001
JUDGE...........................: SMITH
DATE SENTENCED/PROBATION IMPOSED: 04-20-2018
DATE COMMITTED..................: 08-22-2018
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO


                  FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $200.00         $00.00        $2,000.00    $00.00


RESTITUTION...: PROPERTY:  NO  SERVICES:  NO        AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 391    21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21:846,841(B)(1)(A) CONSP TO DIST. HEROIN & METHAMPHETAMINE
         (CT1); 21:841(A)(1),(B)(1)(A) POSS. OF HEROIN &
         METHAMPHETAMINE (CT2)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:  120 MONTHS
 TERM OF SUPERVISION............:    5 YEARS
 DATE OF OFFENSE................: 03-24-2015










G0002       MORE PAGES TO FOLLOW . . .
```

```
FTDUG              *        PUBLIC INFORMATION         *        01-19-2021
PAGE 003 OF 003 *                INMATE DATA           *        09:12:32
                            AS OF 01-19-2021


REGNO..: 72036-066 NAME: ABREU-FELIZ, JOAN

                       RESP OF: FTD
                       PHONE..: 609-723-1100   FAX: 609-724-7557
-------------------------CURRENT COMPUTATION NO: 010 -------------------------


COMPUTATION 010 WAS LAST UPDATED ON 03-26-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 09-10-2018 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 04-20-2018
TOTAL TERM IN EFFECT............:  120 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   10 YEARS
EARLIEST DATE OF OFFENSE........: 03-24-2015

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    03-24-2015    04-19-2018


TOTAL PRIOR CREDIT TIME.........: 1123
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 540
TOTAL GCT EARNED................: 270
STATUTORY RELEASE DATE PROJECTED: 09-30-2023
ELDERLY OFFENDER TWO THIRDS DATE: 11-22-2021
EXPIRATION FULL TERM DATE.......: 03-23-2025
TIME SERVED.....................:    5 YEARS      9 MONTHS      27 DAYS
PERCENTAGE OF FULL TERM SERVED..: 58.2
PERCENT OF STATUTORY TERM SERVED: 68.3

PROJECTED SATISFACTION DATE.....: 09-30-2023
PROJECTED SATISFACTION METHOD...: GCT REL




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

EXHIBIT 3

```
PR15 - Internet Explorer                                                    —  □  ×
PAGE 001 OF 001                                    10:46:37
         FUNCTION:  LST  SCOPE:  REG    EQ 72850-067  OUTPUT FORMAT:  FULL
------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM            THRU           DT STS: FROM           THRU
DT STS: FROM      TO       DAYS BEFORE "OR" FROM      TO      DAYS AFTER DT  RDU
DT TDU: FROM      TO       DAYS BEFORE "OR" FROM      TO      DAYS AFTER DT  TRT
STS/REAS:
SUBJECTS:
EXTENDED:    REMEDY LEVEL:              RECEIPT:        "OR" EXTENSION:
RCV  OFC :  EQ
TRACK:   DEPT:
       PERSON:
         TYPE:
EVNT FACL:  EQ
RCV FACL.:  EQ
RCV UN/LC:  EQ
RCV QTR..:  EQ
ORIG FACL:  EQ
ORG UN/LC:  EQ
ORIG QTR.:  EQ
                                                              150%
```

```
FTDUG                *       PUBLIC INFORMATION        *     01-19-2021
PAGE 001             *           INMATE DATA           *     09:09:46
                                AS OF 01-19-2021


REGNO..: 72850-067 NAME: SOTO-CONCEPCION, ELIEZER

                        RESP OF: FTD
                        PHONE..: 609-723-1100   FAX: 609-724-7557
                                                RACE/SEX...: WHITE / MALE
                                                AGE:  38
PROJ REL MT: GOOD CONDUCT TIME RELEASE          PAR ELIG DT: N/A
PROJ REL DT: 09-05-2025                         PAR HEAR DT:




G0002        MORE PAGES TO FOLLOW . . .
```

```
FTDUG            *      PUBLIC INFORMATION        *      01-19-2021
PAGE 002         *          INMATE DATA           *      09:09:46
                           AS OF 01-19-2021


REGNO..: 72850-067 NAME: SOTO-CONCEPCION, ELIEZER

                    RESP OF: FTD
                    PHONE..: 609-723-1100   FAX: 609-724-7557
HOME DETENTION ELIGIBILITY DATE: 03-05-2025


THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  09-05-2025 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: PENNSYLVANIA, MIDDLE DISTRICT
DOCKET NUMBER...................: 1:15CR00181-005
JUDGE...........................: JONES
DATE SENTENCED/PROBATION IMPOSED: 11-21-2017
DATE COMMITTED..................: 12-12-2017
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO


               FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $100.00       $00.00          $00.00       $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO       AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 409    21:841 & 846 SEC 841-851
OFF/CHG: 21:846 CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO
         DISTRIBUTE AT LEAST 1 KILOGRAM OF HEROIN, AT LEAST 280 GRAMS
         COCAINE BASE (CRACK) AND COCAINE HYDROCHLORIDE (CT-1).

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   144 MONTHS
 TERM OF SUPERVISION............:     5 YEARS
 DATE OF OFFENSE................: 05-14-2017




 G0002       MORE PAGES TO FOLLOW . . .
```

```
FTDUG              *        PUBLIC INFORMATION        *       01-19-2021
PAGE 003 OF 003 *              INMATE DATA            *       09:09:46
                        AS OF 01-19-2021


REGNO..: 72850-067 NAME: SOTO-CONCEPCION, ELIEZER

                    RESP OF: FTD
                    PHONE..: 609-723-1100   FAX: 609-724-7557
------------------------CURRENT COMPUTATION NO: 010 ------------------------


COMPUTATION 010 WAS LAST UPDATED ON 04-09-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 12-08-2017 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN.........: 11-21-2017
TOTAL TERM IN EFFECT...........:  144 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   12 YEARS
EARLIEST DATE OF OFFENSE........: 05-14-2017

JAIL CREDIT....................:    FROM DATE    THRU DATE
                                    06-03-2015   11-20-2017


TOTAL PRIOR CREDIT TIME.........: 902
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 635
TOTAL GCT EARNED................: 257
STATUTORY RELEASE DATE PROJECTED: 09-05-2025
ELDERLY OFFENDER TWO THIRDS DATE: 06-02-2023
EXPIRATION FULL TERM DATE.......: 06-02-2027
TIME SERVED.....................:    5 YEARS      7 MONTHS     17 DAYS
PERCENTAGE OF FULL TERM SERVED..: 46.9
PERCENT OF STATUTORY TERM SERVED: 54.9

PROJECTED SATISFACTION DATE.....: 09-05-2025
PROJECTED SATISFACTION METHOD...: GCT REL




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

EXHIBIT 4



```
  PR15 - Internet Explorer                                                              –  □  ×

    FTDUG        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-29-2021
  PAGE 007         *            FULL SCREEN FORMAT          *      11:51:30


  REGNO: 47697-039 NAME: WINANS, MICHAEL
  RSP OF...: FTD UNT/LOC/DST: UNIT CAMP          QTR.: V01-003L   RCV OFC: FTD
  REMEDY ID: 1041595-F1     SUB1: 19ZM SUB2:     DATE RCV:  08-19-2020
  UNT  RCV..:UNIT CAMP     QTR RCV.: V02-171L     FACL RCV: FTD
  UNT  ORG..:UNIT CAMP     QTR ORG.: V02-171L     FACL ORG: FTD
  EVT FACL.: FTD    ACC LEV:                      RESP DUE:
  ABSTRACT.: CARES ACT H.C.
  STATUS DT: 08-19-2020  STATUS CODE: REJ STATUS REASON: INF ONE OTH
  INCRPTNO.:            RCT:    EXT:   DATE ENTD: 08-19-2020
  REMARKS..: YOU CAN ONLY SUBMIT THE BP-9 AND ONE CONTINUATION
            PAGE (YOU ATTACHED TWO).
```

```
  PR15 - Internet Explorer                                                              –  □  ×

    FTDUG        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-29-2021
  PAGE 008         *            FULL SCREEN FORMAT          *      11:51:30


  REGNO: 47697-039 NAME: WINANS, MICHAEL
  RSP OF...: FTD UNT/LOC/DST: UNIT CAMP          QTR.: V01-003L   RCV OFC: NER
  REMEDY ID: 1041595-R1     SUB1: 19ZM SUB2:     DATE RCV:  09-30-2020
  UNT  RCV..:UNIT CAMP     QTR RCV.: V02-171L     FACL RCV: FTD
  UNT  ORG..:UNIT CAMP     QTR ORG.: V02-171L     FACL ORG: FTD
  EVT FACL.: FTD    ACC LEV:                      RESP DUE:
  ABSTRACT.: CARES ACT H.C.
  STATUS DT: 10-02-2020  STATUS CODE: REJ STATUS REASON: DIR INS
  INCRPTNO.:            RCT:    EXT:   DATE ENTD: 10-02-2020
  REMARKS..:
```



```
PR15 - Internet Explorer                                                    —   □   ×

   FTDUG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        01-29-2021
 PAGE 009 OF 009 *                FULL SCREEN FORMAT            *        11:51:30


 REGNO: 47697-039 NAME: WINANS, MICHAEL

 RSP OF...: FTD UNT/LOC/DST:  UNIT CAMP            QTR.: V01-003L    RCV OFC: NER

 REMEDY ID: 1041595-R2      SUB1: 19ZM SUB2:      DATE RCV:   10-07-2020

 UNT   RCV..: UNIT CAMP     QTR RCV.: V02-171L     FACL RCV: FTD

 UNT   ORG..: UNIT CAMP     QTR ORG.: V02-171L     FACL ORG: FTD

 EVT FACL.: FTD    ACC LEV:                          RESP DUE:

 ABSTRACT.: CARES ACT H.C.

 STATUS DT: 11-02-2020  STATUS CODE: REJ STATUS REASON:  FRM OTH RSR

 INCRPTNO.:           RCT:    EXT:   DATE ENTD: 11-02-2020

 REMARKS..:  ALL APPEAL DOCUMENTS AND THE BP10 MUST BE SUBMITTED
             TOGETHER.

                                                              150% ▾
```

```
   FTDUG            *        PUBLIC INFORMATION        *      01-19-2021
PAGE 001            *            INMATE DATA           *      09:14:17
                              AS OF 01-19-2021


REGNO..: 47697-039 NAME: WINANS, MICHAEL JR

                        RESP OF: FTD
                        PHONE..: 609-723-1100    FAX: 609-724-7557
                                                 RACE/SEX...: BLACK / MALE
                                                 AGE:  38
PROJ REL MT: GOOD CONDUCT TIME RELEASE           PAR ELIG DT: N/A
PROJ REL DT: 02-08-2025                          PAR HEAR DT:




G0002        MORE PAGES TO FOLLOW . . .
```

```
FTDUG              *       PUBLIC INFORMATION      *      01-19-2021
PAGE 002           *          INMATE DATA          *      09:14:17
                           AS OF 01-19-2021


REGNO..: 47697-039 NAME: WINANS, MICHAEL JR

                   RESP OF: FTD
                   PHONE..: 609-723-1100   FAX: 609-724-7557
HOME DETENTION ELIGIBILITY DATE: 08-08-2024


THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  02-08-2025 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: MICHIGAN, EASTERN DISTRICT
DOCKET NUMBER...................: 12CR20598-1
JUDGE...........................: COX
DATE SENTENCED/PROBATION IMPOSED: 02-27-2013
DATE COMMITTED..................: 05-09-2013
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO


              FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $100.00       $00.00        $175,000.00  $00.00


RESTITUTION...: PROPERTY:  NO  SERVICES:  NO       AMOUNT: $4,796,522.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 820     COMMUNICATIONS ACT
OFF/CHG: 18 US.C 1343 WIRE FRAUD, CT 1.

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   165 MONTHS
 TERM OF SUPERVISION............:     5 YEARS
 DATE OF OFFENSE................: 09-30-2008




G0002      MORE PAGES TO FOLLOW . . .
```

```
 FTDUG            *        PUBLIC INFORMATION        *      01-19-2021
PAGE 003 OF 003 *            INMATE DATA             *      09:14:17
                         AS OF 01-19-2021


REGNO..: 47697-039 NAME: WINANS, MICHAEL JR

                      RESP OF: FTD
                      PHONE..: 609-723-1100   FAX: 609-724-7557
------------------------CURRENT COMPUTATION NO: 010 ------------------------


COMPUTATION 010 WAS LAST UPDATED ON 11-13-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-14-2013 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 05-09-2013
TOTAL TERM IN EFFECT............:  165 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   13 YEARS       9 MONTHS
EARLIEST DATE OF OFFENSE........: 09-30-2008

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    10-03-2012    10-03-2012


TOTAL PRIOR CREDIT TIME.........: 1
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 729
TOTAL GCT EARNED................: 365
STATUTORY RELEASE DATE PROJECTED: 02-08-2025
ELDERLY OFFENDER TWO THIRDS DATE: 07-09-2022
EXPIRATION FULL TERM DATE.......: 02-07-2027
TIME SERVED.....................:    7 YEARS       8 MONTHS      12 DAYS
PERCENTAGE OF FULL TERM SERVED..: 56.0
PERCENT OF STATUTORY TERM SERVED: 65.5

PROJECTED SATISFACTION DATE.....: 02-08-2025
PROJECTED SATISFACTION METHOD...: GCT REL
```

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```