March 8, 2021

Peter Goodchild, 76304-066
FCI Fort Dix
PO Box 2000
JB MDL, NJ 08640

RECEIVED
MAR 24 2021
AT 8:30_____M
WILLIAM T. WALSH
CLERK

The Honorable Renee Marie Bumb
Judge, District Court
Mitchell H. Cohen Building & US Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Re: Goodchild et al v. Ortiz, Warden FCI Fort Dix    No. 1:21-CV-00790(RMB)

Your Honor,

I write this letter to address a couple administrative issues in the above referenced case.

First, enclosed please find Petitioner's Reply to Respondent's Answer to the Petition for Writ of Habeas Corpus. I trust it is in the correct format.

Second, due to the lack of word processing at the Camp where I am situated, the Reply takes a different route to get to you than other items related to the case. In this instance, the Exhibits accompanying the enclosed Reply will be sent under separate cover. I hope this is acceptable.

Third, as mentioned in the Reply, Warden David Ortiz has been reassigned to the Regional office of the Bureau of Prisons and is no longer the Warden of Fort Dix. Warden Lamine N'Diaye has been assigned to Fort Dix, although some news reports state that his appointment may only be temporary. As a result, Petitioners would welcome the Court's direction regarding the caption of this case and would have no objection to its change.

Respectfully submitted,

Peter Goodchild

CC: Rachel Honig, AUSA

## Certificate of Service

I hereby certify that a copy of the enclosed Motion has been duly served upon the following, first class postage pre-paid, via the United States Postal Service:

Rachel Honig, Acting US Attorney

District of New Jersey

Camden Federal Building & Courthouse

401 Market Street, PO Box 2098

Camden, NJ 08101


Peter Goodchild