# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| PETER GOODCHILD et al., *Petitioner,* v. DAVID E. ORTIZ, *Respondent.* | Hon. Renée Marie Bumb, U.S.D.J.<br><br>Civil Action No. 21-790 (RMB)<br><br>**ORDER TO SEAL** |

      Respondent having filed a motion to seal Petitioners' medical records, the Court makes the following findings of fact and conclusions of law, pursuant to Local Civil Rule 5.3(c):

      1.     The Court finds that the Petition for Habeas Corpus (ECF No. 1) filed in this case raises issues implicating Petitioners' health, as does their Emergency Supplement (ECF No. 22).

      2.     The Court finds that it is necessary for Respondent to provide available medical records to respond to the Petition for Habeas Corpus.

      3.     The Court finds that the medical records at issue contain confidential and private information concerning Petitioners' health.

      4.     The Court finds that disclosure of those records to the public, via publication on the Court's docket, is unnecessary and would amount to the disclosure of confidential and private information and could injure Petitioners' interest in keeping such information confidential and private.

5. The Court finds that, because the documents at issue are relevant to the Petition for Habeas Corpus, a less restrictive alternative to sealing the records is not available.

6. Accordingly, the Court finds that good cause exists to seal the documents at issue under the considerations set forth in *Pansy v. Borough of Stroudsburg*, 23 F.3d 772 (3d Cir. 1994), and Local Civil Rule 5.3(c). The Court therefore permits the requested documents to be maintained under seal.

**IT IS** therefore on this **26th day of July 2021**,

**ORDERED** that Respondent's motion to seal (ECF No. 21) is GRANTED; the Clerk shall maintain under seal Respondent's Exhibits 4-7 at ECF No. 25.

_____
HONORABLE RENÉE MARIE BUMB, U.S.D.J.